1  Norman M. Leon (Bar No. IL-06239480)            Karen C. Marchiano (CA SBN 233493)
   (pro hac vice forthcoming)                     karen.marchiano@dlapiper.com
2  norman.leon@dlapiper.com                       **DLA PIPER LLP (US)**
   **DLA PIPER LLP (US)**                         2000 University Avenue
3  444 West Lake Street, Suite 900                East Palo Alto, CA 94303-2214
   Chicago, Illinois 60606-0089                   Tel:    650.833.2000
4  Tel:    312.368.4000

5

6  Jonathan C. Solish (CA SBN 67609)
   jonathan.solish@bclplaw.com
7  **BRYAN CAVE LEIGHTON PAISNER**
   120 Broadway, Suite 300
8  Santa Monica, CA  90401-2386
   Tel:    310.576.2100
9

10 Attorneys for Plaintiff
   INTERNATIONAL FRANCHISE ASSOCIATION

11

12 Grant A. Nigolian (CA SBN 184101)               Justin M. Klein
   grant@gnpclaw.com                               (admitted pro hac vice)
13 **GRANT NIGOLIAN, P.C.**                        justin@marksklein.com
   695 Town Center Drive, Suite 700                Andrew P. Bleiman
14 Costa Mesa, CA 92626                            (admitted pro hac vice)
   Tel:    310.853.2777                            andrew@marksklein.com
15                                                 **MARKS & KLEIN LLP**
                                                   63 Riverside Avenue
16                                                 Ted Bank, NJ 07701
                                                   Tel:    732.747.7100
17

18 Attorneys for Plaintiffs
   INTERNATIONAL FRANCHISE ASSOCIATION,
19 ASIAN AMERICAN HOTEL OWNERS ASSOCIATION,
   THE SUPERCUTS FRANCHISEE ASSOCIATION, and
20 the DD INDEPENDENT FRANCHISE OWNERS
   ASSOCIATION

21

22 **UNITED STATES DISTRICT COURT**
   **SOUTHERN DISTRICT OF CALIFORNIA**

23

24 | INTERNATIONAL FRANCHISE ASSOCIATION, ASIAN AMERICAN HOTEL OWNERS ASSOCIATION, SUPERCUTS FRANCHISEE ASSOCIATION, and the DD INDEPENDENT FRANCHISE OWNERS ASSOCIATION, | CASE NO.  3:20-CV-02243-BAS-DEB |
|---|---|
| | **NOTICE OF ELECTION TO FILE AMENDED COMPLAINT BY MARCH 12, 2021 IN LIEU OF OPPOSITION TO MOTION TO DISMISS COMPLAINT** |
| Plaintiffs, | |

28

|   |   |   |
|---|---|---|
| v. | Date: | March 15, 2021 |
| STATE OF CALIFORNIA; XAVIER BECERRA, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL FOR THE STATE OF CALIFORNIA; JULIE SU, IN HER OFFICIAL CAPACITY AS LABOR COMMISSIONER OVER THE DIVISION OF LABOR STANDARDS ENFORCEMENT; LILIA GARCIA-BOWER, LABOR COMMISSIONER OF THE CALIFORNIA DEPARTMENT OF INDUSTRIAL RELATIONS; KATIE HAGEN, DIRECTOR OF THE DEPARTMENT OF INDUSTRIAL RELATIONS; and PATRICK HENNING, DIRECTOR OF THE EMPLOYMENT DEVELOPMENT DIVISION, Defendants. | Dept: | 4B |
|   | Judge: | The Honorable Cynthia Bashant |

Defendants' pending Motion to Dismiss the Complaint [Dkt. 10] is noticed for March 15, 2021. The parties previously agreed [Dkt. 8] and the Court previously ordered [Dkt.9] that Plaintiffs' right to amend as a matter of course under Rule 15(a)(1) of the Federal Rules of Civil Procedure is extended through to March 12, 2021. Plaintiffs intend to file a First Amended Complaint on or before March 12, 2021. Thus, by March 15, 2021 (the noticed date of the pending Motion to Dismiss the Complaint), the Motion to Dismiss will be moot, and the Court should deny the motion on that basis.

Dated: February 16, 2021                    Respectfully submitted,


                                            By: */s/* Karen C. Marchiano
                                            DLA PIPER LLP (US)
                                            Karen C. Marchiano
                                            Norman Leon

                                            BRYAN CAVE LEIGHTON PAISNER LLP
                                            Jonathan Solish

                                            Attorneys for Plaintiff
                                            INTERNATIONAL FRANCHISE
                                            ASSOCIATION

| | |
|---|---|
| 1 | By: */s/* Grant A. Nigolian |
| 2 | GRANT NIGOLIAN, P.C.<br>Grant A. Nigolian |
| 3 | |
| 4 | MARKS & KLEIN LLP<br>Justin M. Klein |
| 5 | Andrew P. Bleiman |
| 6 | Attorneys for Plaintiffs<br>INTERNATIONAL FRANCHISE |
| 7 | ASSOCIATION, ASIAN AMERICAN HOTEL<br>OWNERS ASSOCIATION, THE SUPERCUTS |
| 8 | FRANCHISEE ASSOCIATION, and the DD<br>INDEPENDENT FRANCHISE OWNERS |
| 9 | ASSOCIATION |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |