# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL FRANCHISE ASSOCIATION, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF CALIFORNIA, *et al.*,<br><br>Defendants. | Case No. 20-cv-02243-BAS-DEB<br><br>**ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY (ECF No. 26)** |

Pending before the Court is Defendants' *ex parte* application for leave to file notice of supplemental authority. (ECF No. 26.) Defendants seek to file notice of Judge Robinson's recent order in *Goro v. Flowers Foods, Inc.*, No. 17-CV-2580 TWR (JLB), 2021 WL 4295294 (Sept. 21, 2021), as supplemental authority in support of their motion to dismiss.

Under Civil Local Rule 83.3(g)(2), a party moving *ex parte* is required to file an affidavit or declaration showing that the party met and conferred with opposing counsel about the intent to file an *ex parte* motion, made a good faith effort to do so, or should be excused from the meet-and-confer obligation. Once an *ex parte* motion is filed, the opposing party has two court days to notify the Court with the intent to oppose the motion.

Judge Bashant's Standing Order for Civil Cases ¶ 6.  "*Ex parte* applications that are not opposed within two Court days must be considered unopposed and may be granted on that ground." *Id.*

Here, counsel for Defendants filed a declaration stating that on October 4, 2021, she met and conferred with counsel for Plaintiffs about the intent to file the present motion. (ECF No. 26 at 3.)   On the same day, counsel for Defendants moved, *ex parte*, for the Court's leave to file notice of supplemental authority.  (ECF No. 26.)  Seven court days have passed, yet Plaintiffs have not notified the Court of their intent to oppose the motion.

As such, the Court **GRANTS** Defendants' *ex parte* application to file notice of supplemental authority as unopposed.  (ECF No. 26.)

**IT IS SO ORDERED.**

**DATED: October 13, 2021**

Hon. Cynthia Bashant
United States District Judge