# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL FRANCHISE ASSOCIATION, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF CALIFORNIA, *et al.*,<br><br>Defendants. | Case No. 20-cv-02243-BAS-DEB<br><br>**ORDER GRANTING PLAINTIFFS'** ***EX PARTE*** **APPLICATION FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY (ECF No. 27)** |

On October 13, 2021, Plaintiffs moved *ex parte* to file a notice of the following supplemental authorities: *Patel v. 7-Eleven, Inc.*, No. 20-1999, 2021 WL 3486175 (1st Cir. Aug. 9, 2021) and *Ranchers Cattlemen Action Legal Fund United Stockgrowers of Am. v. Vilsack*, 6 F.4th 983 (9th Cir. July 27, 2021).  (ECF No. 27.)

Under Civil Local Rule 83.3(g)(2), a party moving *ex parte* is required to file an affidavit or declaration showing that the party met and conferred with opposing counsel about the intent to file an *ex parte* motion, made a good faith effort to do so, or should be excused from the meet-and-confer obligation.  Once an *ex parte* motion is filed, the opposing party has two court days to notify the Court with the intent to oppose the motion.  Judge Bashant's Standing Order for Civil Cases ¶ 6.  "*Ex parte* applications that are not

opposed within two Court days must be considered unopposed and may be granted on that ground." *Id.*

Here, counsel for Plaintiffs filed a declaration stating that on October 4, 2021, and on October 12, 2021, she met and conferred with counsel for Defendants about the intent to file the present *ex parte* application.  (ECF No. 27 at 3.)  Plaintiffs filed the present application on October 13, 2021.  More than two court days have passed, and Defendants have not notified the Court of their intent to oppose the motion.

As such, the Court **GRANTS** Plaintiffs' *ex parte* application to file notice of supplemental authorities as unopposed.  (ECF No. 27.)

**IT IS SO ORDERED.**

**DATED: October 18, 2021**

Hon. Cynthia Bashant
United States District Judge